# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-05033 DG  
**Case Name:** PIERSON, PATSY J.  
**Period Ending:** 12/31/18  

**Trustee:** (420110) THOMAS A. BRUINSMA  
**Filed (f) or Converted (c):** 10/06/14 (c)  
**§341(a) Meeting Date:** 11/04/14  
**Claims Bar Date:** 09/16/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 980 - 20 MILE RD NE, CEDAR SPRINGS (See Footnote) | 75,200.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE CHECKING | 856.68 | 0.00 | | 0.00 | FA |
| 4 | BANK OF AMERICA CHECKING | 130.00 | 0.00 | | 0.00 | FA |
| 5 | BANK OF AMERICA SAVINGS | 65.00 | 0.00 | | 0.00 | FA |
| 6 | CHEMICAL BANK SAVINGS | 67.07 | 0.00 | | 0.00 | FA |
| 7 | HHGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 9 | JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 10 | METROPOLITAN LIFE TERM | 1.00 | 0.00 | | 0.00 | FA |
| 11 | IRA | 8,893.80 | 0.00 | | 0.00 | FA |
| 12 | 403(B) (See Footnote) | 40,593.56 | 0.00 | | 0.00 | FA |
| 13 | DIVORCE | 14,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2009 FORD FOCUS (See Footnote) | 7,200.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 CHEVROLET MONTE CARLO (See Footnote) | 4,850.00 | 0.00 | | 0.00 | FA |
| 16 | 1998 DODGE RAM | 500.00 | 0.00 | | 0.00 | FA |
| 17 | 2009 HARLEY DAVIDSON (See Footnote) | 16,000.00 | 0.00 | | 0.00 | FA |
| 18 | COMPUTER | 50.00 | 0.00 | | 0.00 | FA |
| 19 | DOG AND CAT | 1.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-05033 DG
**Case Name:** PIERSON, PATSY J.

**Period Ending:** 12/31/18

**Trustee:** (420110)   THOMAS A. BRUINSMA
**Filed (f) or Converted (c):** 10/06/14 (c)
**§341(a) Meeting Date:** 11/04/14
**Claims Bar Date:** 09/16/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | LAWNMOWER | 500.00 | 0.00 | | 0.00 | FA |
| 21 | ESTIMATED 2014 TAX REFUNDS  (See Footnote) | 739.00 | 0.00 | | 0.00 | FA |
| 22 | PENDING LAWSUIT  (See Footnote) | 100,000.00 | 68,058.75 | | 0.00 | 100,000.00 |
| **22** | **Assets**  Totals (Excluding unknown values) | **$270,947.11** | **$68,058.75** | | **$0.00** | **$100,000.00** |

RE PROP# 1    5/15 LIFT OF STAY GRANTED. SECURED-US BANK HOME MORTGAGE.

RE PROP# 12   5/15 ALTHOUGH NOT CURRENTLY FULLY EXEMPTED, THIS ASSET IS NOT "REACHABLE" BY THE BANKRUPTCY ESTATE.

RE PROP# 14   1/15 REAFFIRMED. SECURED-CREDIT UNION ONE.

RE PROP# 15   11/14 LIFT OF STAY GRANTED. SECURED-CHIEF PONTIAC FEDERAL CU.

RE PROP# 17   AMENDMENT - 12/1/14 (VALUE CHANGED TO "UNKNOWN"). SECURED-HARLEY DAVIDSON CREDIT.

RE PROP# 21   9/16 TAX RETURNS RECEIVED AND REVIEWED. 8/16 SUBPOENA TO DEBTOR FOR TAX RETURNS. RCVD & REVIEWED - NO ESTATE VALUE. 6/16 LETTER DEBTOR/ATTNY - STILL REQUIRE TAX RETURNS - IGNORED. ADDED BY AMENDMENT - 12/1/14.

RE PROP# 22   1/19  REVIEW FED DISTRICT COURT SETTLEMENT & PROPOSED SETTLEMENT DISBURSEMENTS.  12/18 UPDATE WITH SPECIAL COUNSEL. 9/18 UPDATE=SPECIAL COUNSEL "EXPECTS" SOME CASE MOVEMENT NOV. 1/18 COUNSEL MEMO ON STATUS - REMAINS PENDING. 10/17 REQUEST SPECIAL COUNSEL UPDATE. 4/17 REQUEST SPECIAL COUNSEL UPDATE.  12/16 ACTION/SETTLEMENT REMAINS PENDING. 8/16 SETTLEMENT ORDER W/ DEBTOR ON LAWSUIT FUNDS. 7/16 SPECIAL COUNSEL ADVISES "EARLY NEGOTIATIONS" AND POSSIBLE RESOLUTION +/- ONE YEAR. 6/16 FILED SETTLEMENT WITH DEBTOR ON DIVISION OF POSSIBLE FUNDS IN MED/MAL LAWSUIT. 2/16-12/15 NEGOTIATING POSSIBLE SETTLEMENT WITH DEBTOR ON POTENTIAL LAWSUIT FUNDS. SPECIAL COUNSEL APPOINTMENT ORDER. 1/15 NOTIFY LAWSUIT ATTORNEY OF BANKRUPTCY ESTATE. v. BOSTON SCIENTIFIC CORP RE PELVIC MESH/SLING PRODUCT. VALUE FROM SCHEDULES/ESTIMATE ONLY. TO BE DETERMINED. ADDED BY AMENDMENT - 12/1/14.

**Major Activities Affecting Case Closing:**

1/19  REVIEW FED DISTRICT COURT SETTLEMENT & PROPOSED SETTLEMENT DISBURSEMENTS.  12/18 UPDATE WITH SPECIAL COUNSEL. 9/18

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 14-05033 DG | Trustee: | (420110) THOMAS A. BRUINSMA |
| --- | --- | --- | --- |
| Case Name: | PIERSON, PATSY J. | Filed (f) or Converted (c): | 10/06/14 (c) |
| | | §341(a) Meeting Date: | 11/04/14 |
| Period Ending: | 12/31/18 | Claims Bar Date: | 09/16/15 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

UPDATE=SPECIAL COUNSEL "EXPECTS" SOME CASE MOVEMENT NOV. 6/18 REQUEST FOR SPECIAL COUNSEL UPDATE. 1/18 COUNSEL MEMO ON STATUS - REMAINS PENDING. 10/17 REQUEST SPECIAL COUNSEL UPDATE. 4/17 REQUEST SPECIAL COUNSEL UPDATE & RESPONSE. 12/16 ACTION/SETTLEMENT REMAINS PENDING. 9/16 TAX RETURNS RECEIVED AND REVIEWED. 8/16 SUBPOENA TO DEBTOR FOR TAX RETURNS. SETTLEMENT ORDER W/ DEBTOR ON LAWSUIT FUNDS. 7/16 SPECIAL COUNSEL ADVISES "EARLY NEGOTIATIONS" AND POSSIBLE RESOLUTION +/- ONE YEAR. 6/16 FILED SETTLEMENT WITH DEBTOR ON DIVISION OF POSSIBLE FUNDS IN MED/MAL LAWSUIT. 2/16-12/15 NEGOTIATING POSSIBLE SETTLEMENT WITH DEBTOR ON POTENTIAL LAWSUIT FUNDS. SPECIAL COUNSEL APPOINTMENT ORDER. 10/15 APPLICATION FOR SPECIAL COUNSEL (KIRKENDALL-DWYER) MED/MAL CLAIM. 6/15 NOTICE OF POSSIBLE DIVIDENDS. 5/15 FOLLOW UP STATUS OF DEBTOR LAWSUIT. 3/15 FOLLOW UP STATUS OF DEBTOR LAWSUIT. 1/15 NOTIFY LAWSUIT ATTORNEY OF BANKRUPTCY ESTATE. 12/14 DEBTOR AMENDMENTS/DISCLOSURE (W) LAWSUIT. ATTORNEY RAYMAN. 11/14 INITIAL DISCLOSURE (W) PENDING LAWSUIT. 10/14 CONVERSION CH-13 TO CH-7.

Initial Projected Date Of Final Report (TFR):   December 15, 2016        Current Projected Date Of Final Report (TFR):   October 15, 2019