UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

PATSY J. PIERSON,   Case No.: 14-05033
  Chapter 13 - Filed: 07/29/2014
  Debtor.   Converted Ch. 7 - 10/06/2014
_____/ /

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT**

**PRESENT:   HONORABLE SCOTT W. DALES**
United States Bankruptcy Judge

**THIS MATTER** having come to be heard upon the Trustee's Motion to Approve Settlement ("Motion"); and the Court being otherwise fully advised in the premises;

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted.

2. The Trustee is authorized to enter into the settlement (as delineated in the Motion) as an appropriate exercise of his reasonable business judgment.

3. The Trustee is authorized to execute such documents (including a full release) as may be necessary to effectuate the settlement.

4. The Settlement Fund Trustee is authorized to withhold and/or pay the fees, costs and expenses set forth in the Motion, and thereafter and upon the terms of the settlement being satisfied, authorizing the Settlement Fund Trustee to pay the remaining proceeds to special counsel for the Trustee, authorizing special counsel for the Trustee to deduct settlement administrative fees and attorney fees and costs and then remit the net proceeds to the Trustee.

5. The Trustee is authorized to distribute settlement funds owed to the Debtor and properly claimed exempt by her to be distributed to the Debtor.

6.     The Trustee is authorized to distribute the hold back, when and if received, consistent with the previously approved settlement agreement between the Debtor and the estate.

This Document Prepared By:
**RAYMAN & KNIGHT**
141 E. Michigan Avenue, Suite 301
Kalamazoo, MI  49007
Telephone: (269) 345-5156

**END OF ORDER**

**IT IS SO ORDERED.**

Dated August 13, 2019



_____
Scott W. Dales
United States Bankruptcy Judge