UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

PATSY J. PIERSON,

    Debtor.

_____/ /

Case No.: 14-05033
Chapter 13 - Filed: 07/29/2014
Converted Ch. 7 - 10/06/2014

**APPLICATION FOR FINAL CHAPTER 7 FEES
AND EXPENSES OF RAYMAN & KNIGHT,
ATTORNEYS FOR THOMAS A. BRUINSMA, TRUSTEE**

    **NOW COMES** Rayman & Knight, and for its Application for Final Chapter 7 Fees and Expenses of Rayman & Knight, Attorneys for Thomas A. Bruinsma, Trustee ("Application"), says as follows:

    1.    That it is the duly appointed and acting attorneys for the Trustee with respect to the above-captioned Chapter 7 proceeding.

    2.    That it has acted as attorneys for the Trustee since December 10, 2014 in this case.

    3.    That it has incurred certain fees and expenses in connection with this estate.

    4.    That the hourly rates of the professional performing services in this estate were as follows: Steven L. Rayman (SLR), $295.00 and Cody H. Knight (CHK), $250.00.

    5.    That the fees and expenses that are the subject to this Application generally related to the following matters:

        a.    Assistance to the Trustee with respect to the marshaling of non-exempt assets of the estate; and

        b.    Miscellaneous matters pertaining to the administration of the estate.

6. That the fees and expenses were incurred by your Applicant from December 10, 2014 through October 19, 2019 and are summarized below:

| Fees Incurred | Expenses Requested | Fees Previously Allowed by Court |
|---|---|---|
| $5,560.00 | $192.96 | $0.00 |

Total Amount to Be Approved & Paid:   $5,752.96

7. That the attached Exhibit "A" is an itemization and breakdown of the services and expenses.

8. That said fees and expenses were reasonable, necessary and were of benefit to the estate and resulted in a recovery in excess of $20,000.00.

9. That this Court ought enter an Order authorizing and allowing fees and expenses in the amount of $5,752.96.

**WHEREFORE**, your Applicant prays:

A. That this Court issue an Order authorizing and allowing fees and expenses in the amount of $5,752.96.

B. That this Court issue an Order authorizing Trustee to pay the sum of $5,752.96 from the estate to Rayman & Knight.

C. That this Court grant such other relief as it finds just and equitable.

**RAYMAN & KNIGHT**
Attorneys for Thomas A. Bruinsma, Trustee

Dated: October 24, 2019         By: _____
                                Steven L. Rayman (P30882)

BUSINESS ADDRESS:
141 E. Michigan Avenue, Suite 301
Kalamazoo, MI 49007
Telephone: (269) 345-5156

RAYMAN & KNIGHT
141 E MICHIGAN AVE SUITE 301
KALAMAZOO, MI 49007
(269) 345-5156


Invoice submitted to:
PATSY PIERSON (BRUINSMA)
C/O THOMAS A. BRUINSMA
GRAND RAPIDS, MI 49546


October 22, 2019


Invoice #92990


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/10/2014 | SLR | DRAFT APPLICATION FOR APPOINTMENT, DECLARATION, PROPOSED ORDER. | 0.20 295.00/hr | 59.00 |
|  | SLR | DRAFT COMPREHENSIVE LETTER TO ATTORNEY FOR DEBTOR RE: TREATMENT OF LAWSUIT. | 0.30 295.00/hr | 88.50 |
| 1/10/2015 | SLR | REVIEW COMPLAINT RE: IN RE BOSTON SCIENTIFIC CORP. PELVIC REPAIR. | 0.20 295.00/hr | 59.00 |
|  | SLR | DRAFT CORRESPONDENCE TO LITIGATION COUNSEL RE: BANKRUPTCY MATTERS. | 0.20 295.00/hr | 59.00 |
| 3/22/2015 | SLR | REVIEW CORRESPONDENCE FROM CLIENT RE: STATUS OF MASS TORT LITIGATION, INSTRUCTIONS TO STAFF RE: SAME. | 0.20 295.00/hr | 59.00 |
| 5/13/2015 | SLR | CONFERENCE WITH ATTORNEY FOR DEBTOR (RE: MASS TORT MATTER), RE: LAWSUIT AS PROPERTY OF THE ESTATE, NEED TO CONTACT TRUSTEE. | 0.20 295.00/hr | 59.00 |
|  | SLR | DRAFT LETTER TO CLIENT RE: STATUS OF NON-EXEMPT ASSET. | 0.10 295.00/hr | 29.50 |
| 5/31/2015 | SLR | CONFERENCE WITH CLIENT RE: EXEMPTION PROBLEMS. | 0.20 295.00/hr | 59.00 |
| 6/1/2015 | SLR | REVIEW CLIENT'S FORM 1, DRAFT LETTER TO ATTORNEY JOHNSON RE: EXEMPTION ISSUES, PRODUCT LIABILITY MATTERS. | 0.30 295.00/hr | 88.50 |
| 6/2/2015 | SLR | CONFERENCE WITH ATTORNEY KIRKENDALL RE: STATUS OF PRODUCTS LIABILITY MATTER. | 0.20 295.00/hr | 59.00 |


EXHIBIT A

PATSY PIERSON (BRUINSMA)                        Page   2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2015 | SLR | DRAFT COMPREHENSIVE LETTER TO CLIENT RE: STATUS OF PRODUCTS LIABILITY MATTER, RECOMMENDATION FOR RESOLUTION. | 0.30<br>295.00/hr | 88.50 |
| 6/15/2015 | SLR | CONFERENCE WITH CLIENT RE: SETTLEMENT OF CLASS ACTION SUIT, OFFER ISSUES. | 0.20<br>295.00/hr | 59.00 |
| | SLR | CONFERENCE WITH ATTORNEY FOR DEBTOR. | 0.30<br>295.00/hr | 88.50 |
| 6/18/2015 | SLR | CONFERENCE WITH ATTORNEY FOR DEBTOR RE: CLASS ACTION MATTERS. | 0.20<br>295.00/hr | 59.00 |
| 6/22/2015 | SLR | DRAFT LETTER TO SPECIAL COUNSEL RE: APPOINTMENT MATTERS, RETAINER MATTERS. | 0.20<br>295.00/hr | 59.00 |
| | SLR | DRAFT APPLICATION FOR APPOINTMENT OF SPECIAL COUNSEL, DECLARATION, PROPOSED ORDER. | 0.20<br>295.00/hr | 59.00 |
| | SLR | DRAFT LETTER TO ATTORNEY JOHNSON RE: SPLIT OF PROCEEDS, APPOINTMENT OF SPECIAL COUNSEL, TAX REFUND MATTERS. | 0.20<br>295.00/hr | 59.00 |
| 10/4/2015 | SLR | CONFERENCE WITH CLIENT RE: SPECIAL COUNSEL, EXEMPTION ISSUES. | 0.20<br>295.00/hr | 59.00 |
| 10/5/2015 | SLR | DRAFT LETTER TO ATTORNEYS FOR DEBTOR RE: EXEMPTION, APPOINTMENT OF SPECIAL COUNSEL, LAWSUIT MATTERS. | 0.30<br>295.00/hr | 88.50 |
| | SLR | FIRST DRAFT, STIPULATION RESOLVING ESTATE'S RIGHT, TITLE AND INTEREST IN CAUSE OF ACTION. | 0.30<br>295.00/hr | 88.50 |
| | SLR | FIRST DRAFT, MOTION FOR TURNOVER. | 0.40<br>295.00/hr | 118.00 |
| 10/16/2015 | SLR | REVIEW CORRESPONDENCE FROM SPECIAL COUNSEL REGARDING APPLICATION FOR APPOINTMENT, REVIEW APPLICATION, DRAFT CORRESPONDENCE TO CLIENT REGARDING SAME. | 0.10<br>295.00/hr | 29.50 |
| 10/17/2015 | SLR | CONFERENCE WITH TRUSTEE REGARDING LAWSUIT ISSUES, PROCEEDS MATTERS, DRAFT CORRESPONDENCE TO ATTORNEY FOR DEBTOR REGARDING SAME. | 0.20<br>295.00/hr | 59.00 |
| 10/22/2015 | SLR | REVIEW MISCELLANEOUS DOCUMENTATION PERTAINING TO LAWSUIT MATTERS, REVIEW AND REVISE STIPULATION. | 0.80<br>295.00/hr | 236.00 |
| 12/31/2015 | SLR | DRAFT CORRESPONDENCE TO ATTORNEY FOR DEBTOR RE: COUNTEROFFER. | 0.20<br>295.00/hr | 59.00 |

PATSY PIERSON (BRUINSMA)                                                                              Page    3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/31/2015 | SLR | REVIEW FILE RE: DEBTOR'S COUNTEROFFER, CONFERENCE WITH CLIENT RE: SAME. | 0.30<br>295.00/hr | 88.50 |
| 2/10/2016 | SLR | REVIEW FILE IN PREPARATION FOR CONFERENCE CALL WITH ATTORNEY JOHNSON RE: TERMS OF STIPULATION. | 0.20<br>295.00/hr | 59.00 |
| 2/11/2016 | SLR | DRAFT LETTER TO CLIENT RE: MODIFICATIONS TO STIPULATION, APPROVAL MATTERS. | 0.20<br>295.00/hr | 59.00 |
| | SLR | CONFERENCE WITH ATTORNEY FOR DEBTOR RE: RESOLUTION OF MATTER, MODIFICATIONS TO STIPULATION. | 0.30<br>295.00/hr | 88.50 |
| 4/16/2016 | SLR | DRAFT CORRESPONDENCE TO ATTORNEY KIRKENDALL RE: STATUS OF LITIGATION. | 0.10<br>295.00/hr | 29.50 |
| | SLR | CONFERENCE WITH CLIENT RE: STATUS OF MATTER, DRAFT CORRESPONDENCE TO ATTORNEY JOHNSON RE: SAME. | 0.20<br>295.00/hr | 59.00 |
| 5/12/2016 | SLR | REVIEW MEMORANDUM RE: STATUS OF MATTER. | 0.10<br>295.00/hr | 29.50 |
| | SLR | REVIEW FILE, REVIEW PENDING STIPULATION, DRAFT CORRESPONDENCE TO ATTORNEY FOR DEBTOR RE: SAME. | 0.40<br>295.00/hr | 118.00 |
| 6/5/2016 | SLR | REVIEW CORRESPONDENCE FROM CLIENT RE: AGREEMENT MATTERS, CLAIMS' ISSUES. | 0.20<br>295.00/hr | 59.00 |
| 6/20/2016 | SLR | CONFERENCE WITH ATTORNEY FOR DEBTOR RE: SETTLEMENT ISSUES. | 0.10<br>295.00/hr | 29.50 |
| | SLR | FIRST DRAFT, MOTION FOR APPROVAL OF STIPULATION, PROPOSED ORDER. | 0.60<br>295.00/hr | 177.00 |
| 6/23/2016 | SLR | REVIEW MODIFIED STIPULATION, REVIEW PROPOSED ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION. | 0.20<br>295.00/hr | 59.00 |
| 6/28/2016 | SLR | REVIEW FILE RE: STATUS OF TORT LITIGATION, DRAFT LETTER TO SPECIAL COUNSEL RE: SAME. | 0.30<br>295.00/hr | 88.50 |
| 7/11/2016 | SLR | REVIEW CORRESPONDENCE FROM SPECIAL COUNSEL RE: STATUS OF MATTER, DRAFT CORRESPONDENCE TO CLIENT RE: SAME. | 0.20<br>295.00/hr | 59.00 |
| 7/23/2016 | SLR | REVIEW CORRESPONDENCE FROM CLIENT, CONFERENCE WITH CLIENT RE: TAX RETURN ISSUES, DRAFT SUBPOENA. | 0.20<br>295.00/hr | 59.00 |
| 8/8/2016 | SLR | REVIEW ORDER APPROVING STIPULATION RESOLVING ESTATE'S RIGHT, TITLE AND INTEREST IN CAUSE OF ACTION, DRAFT CORRESPONDENCE TO ATTORNEY FOR DEBTOR, SPECIAL COUNSEL RE: SAME | 0.20<br>295.00/hr | 59.00 |

PATSY PIERSON (BRUINSMA)  Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2016 | SLR | REVIEW CORRESPONDENCE FROM ATTORNEY JOHNSON RE: TAX RETURN MATTERS, DRAFT CORRESPONDENCE IN RESPONSE. | 0.20 295.00/hr | 59.00 |
| 9/10/2018 | SLR | CONFERENCE WITH CLIENT RE: MISCELLANEOUS MATTERS. | 0.10 295.00/hr | 29.50 |
|  | SLR | CONFERENCE WITH ANGELA AT KIRKENDALL DWYER RE: SETTLEMENT MATTERS. | 0.20 295.00/hr | 59.00 |
|  | SLR | DRAFT CORRESPONDENCE TO KIRKENDALL DWYER RE: SETTLEMENT MATTERS. | 0.20 295.00/hr | 59.00 |
|  | SLR | DRAFT CORRESPONDENCE TO CLIENT RE: SETTLEMENT STATUS, PROTOCOL. | 0.20 295.00/hr | 59.00 |
| 9/18/2018 | SLR | DRAFT ADDITIONAL CORRESPONDENCE TO ATTORNEY KIRKENDALL RE: SETTLEMENT PROCEEDS. | 0.20 295.00/hr | 59.00 |
| 9/22/2018 | SLR | CONFERENCE WITH CLIENT RE: CLAIMS' MATTERS, REVIEW CLAIMS. | 0.20 295.00/hr | 59.00 |
|  | SLR | DRAFT CORRESPONDENCE TO ATTORNEY FOR DEBTOR RE: CLAIMS' MATTERS. | 0.20 295.00/hr | 59.00 |
| 9/29/2018 | SLR | DRAFT CORRESPONDENCE TO TROTT LAW RE: UNSECURED DEFICIENCY CLAIM MATTER. | 0.20 295.00/hr | 59.00 |
| 1/10/2019 | SLR | CONFERENCE WITH ANGELA BRAVO AT KIRKENDALL DWYER RE: SETTLEMENT STATEMENT. | 0.30 295.00/hr | 88.50 |
|  | SLR | REVIEW CORRESPONDENCE FROM KIRKENDALL DWYER RE: SETTLEMENT OF TRANSVAGINAL MESH - BOSTON SCIENTIFIC, REVIEW CLOSING STATEMENT, "HOLD BACK" DOCUMENTATION, MISCELLANEOUS. | 0.50 295.00/hr | 147.50 |
| 1/11/2019 | SLR | CONFERENCE WITH CLIENT RE: DISTRIBUTION ISSUES. | 0.10 295.00/hr | 29.50 |
|  | SLR | REVIEW FILE RE: DISTRIBUTION ISSUES, SETTLEMENT ISSUES, DRAFT LETTER TO ATTORNEY JOHNSON RE: SAME. | 0.30 295.00/hr | 88.50 |
|  | SLR | CONFERENCE WITH ANGELA BRAVO AT KIRKENDALL DWYER RE: SETTLEMENT ISSUES. | 0.30 295.00/hr | 88.50 |
|  | SLR | DRAFT COMPREHENSIVE LETTER TO TRUSTEE RE: DISTRIBUTION MATTERS. | 0.30 295.00/hr | 88.50 |
| 1/12/2019 | SLR | DRAFT CORRESPONDENCE TO SPECIAL COUNSEL RE: SETTLEMENT ISSUES. | 0.20 295.00/hr | 59.00 |

PATSY PIERSON (BRUINSMA)                                                                                       Page    5

|            |     |                                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 1/13/2019  | SLR | CONFERENCE WITH CLIENT RE: SETTLEMENT PROBLEMS, COMPROMISE MATTERS, APPROVAL MATTERS.                                        | 0.50<br>295.00/hr | 147.50 |
| 2/14/2019  | SLR | REVIEW TRUSTEE'S FORM 1, REVIEW MISCELLANEOUS CORRESPONDENCE, CONFERENCE WITH ATTORNEY FOR DEBTOR RE: STATUS OF CASE.        | 0.20<br>295.00/hr | 59.00  |
| 2/20/2019  | SLR | CONFERENCE WITH CLIENT RE: MOTION MATTERS.                                                                                   | 0.10<br>295.00/hr | 29.50  |
|            | SLR | DRAFT CORRESPONDENCE TO SPECIAL COUNSEL RE: MOTION ISSUES.                                                                   | 0.20<br>295.00/hr | 59.00  |
|            | CHK | REVISE MOTION TO APPROVE SETTLEMENT AGREEMENT, MEETING WITH SLR RE: CLAIMS AND RELATED EXEMPTION SETTLEMENT. RAFT            | 0.40<br>250.00/hr | 100.00 |
|            | CHK | REVIEW FILE, DRAFT MOTION TO APPROVE SETTLEMENT.                                                                             | 0.60<br>250.00/hr | 150.00 |
| 3/11/2019  | SLR | REVIEW CORRESPONDENCE FROM TEXAS COUNSEL RE: MODIFICATION TO MOTION, DRAFT CORRESPONDENCE TO CLIENT RE: SAME.                | 0.20<br>295.00/hr | 59.00  |
|            | SLR | REVIEW MODIFIED DRAFT OF MOTION TO APPROVE SETTLEMENT (DRAFTED BY SPECIAL COUNSEL), MAKE EDITS FOR DISCUSSION WITH TRUSTEE.  | 0.40<br>295.00/hr | 118.00 |
| 3/14/2019  | SLR | MODIFY STIPULATION CONSISTENT WITH DISCUSSION WITH CLIENT, DRAFT CORRESPONDENCE TO SPECIAL COUNSEL RE: SAME.                 | 0.30<br>295.00/hr | 88.50  |
|            | SLR | EXTENDED CONFERENCE WITH CLIENT RE: FORM OF MOTION FOR APPROVAL OF SETTLEMENT.                                               | 0.30<br>295.00/hr | 88.50  |
| 4/5/2019   | SLR | FINAL REVIEW AND MODIFICATION TO PROPOSED MOTION FOR SETTLEMENT OF CLAIM.                                                    | 0.20<br>295.00/hr | 59.00  |
| 5/3/2019   | SLR | CONFERENCE WITH CLIENT RE: FOLLOW-UP MATTERS, SPECIAL COUNSEL MATTERS, DRAFT CORRESPONDENCE TO SPECIAL COUNSEL RE: SAME.     | 0.20<br>295.00/hr | 59.00  |
| 5/23/2019  | SLR | CONFERENCE WITH CLIENT RE: FINAL FORM OF MOTION FOR SETTLEMENT.                                                              | 0.20<br>295.00/hr | 59.00  |
| 6/22/2019  | SLR | CONFERENCE WITH CLIENT RE: MODIFICATION OF PENDING MOTION, DRAFT MODIFICATION, CORRESPONDENCE TO ATTORNEY FOR DEBTOR RE: SAME.| 0.30<br>295.00/hr | 88.50  |
| 8/18/2019  | SLR | REVIEW ORDER GRANTING MOTION TO APPROVE SETTLEMENT, DRAFT CORRESPONDENCE TO SPECIAL COUNSEL RE: SAME.                        | 0.20<br>295.00/hr | 59.00  |

PATSY PIERSON (BRUINSMA)                                                                           Page    6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2019 | SLR | REVIEW CORRESPONDENCE FROM SPECIAL COUNSEL RE: SETTLEMENT MATTERS, CONFERENCE WITH CLIENT RE: SAME. | 0.20<br>295.00/hr | 59.00 |
| 10/11/2019 | SLR | DRAFT CORRESPONDENCE TO CLIENT RE: DISTRIBUTION OF HOLD BACK, MISCELLANEOUS MATTERS. | 0.10<br>295.00/hr | 29.50 |
| | SLR | REVIEW CORRESPONDENCE FROM SPECIAL COUNSEL RE: DISTRIBUTION "HOLD BACK", DRAFT CORRESPONDENCE TO ATTORNEY FOR DEBTOR RE: SAME. | 0.20<br>295.00/hr | 59.00 |
| 10/14/2019 | SLR | DRAFT APPLICATION FOR COMPENSATION, NOTICE, PROPOSED ORDER. | 0.20<br>295.00/hr | 59.00 |
| 10/19/2019 | SLR | REVIEW PACKET FROM SETTLEMENT AGENT, INCLUDING TENDER OF PAYMENT, ACCOUNTING, CONFERENCE WITH CLIENT RE: SAME. | 0.30<br>295.00/hr | 88.50 |
| | | For professional services rendered | 19.00 | $5,560.00 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 12/18/2014 | COPIES | 2<br>$0.20 | 0.40 |
| | POSTAGE | 1<br>$0.48 | 0.48 |
| 12/30/2014 | COPIES | 4<br>$0.20 | 0.80 |
| | POSTAGE | 1<br>$0.48 | 0.48 |
| 3/23/2015 | COPIES | 2<br>$0.20 | 0.40 |
| | POSTAGE | 1<br>$0.48 | 0.48 |
| 6/11/2015 | COPIES | 1<br>$0.20 | 0.20 |
| | POSTAGE | 1<br>$0.49 | 0.49 |
| 10/14/2015 | COPIES | 2<br>$0.20 | 0.40 |

PATSY PIERSON (BRUINSMA)                                                                                          Page    7

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 10/14/2015 | POSTAGE | 2 $0.49 | 0.97 |
| 1/8/2016 | COPIES | 3 $0.20 | 0.60 |
|  | POSTAGE | 1 $0.49 | 0.49 |
| 6/27/2016 | POSTAGE | 22 $0.49 | 10.67 |
|  | COPIES | 88 $0.20 | 17.60 |
| 7/6/2016 | COPIES | 10 $0.20 | 2.00 |
|  | POSTAGE | 2 $0.68 | 1.35 |
| 7/13/2016 | COPIES | 1 $0.20 | 0.20 |
|  | POSTAGE | 1 $0.47 | 0.47 |
| 8/3/2016 | PACER | 10 $0.10 | 1.00 |
| 8/15/2016 | COPIES | 4 $0.20 | 0.80 |
|  | POSTAGE | 2 $0.47 | 0.93 |
| 2/20/2019 | PACER | 22 $0.10 | 2.20 |
| 5/29/2019 | POSTAGE | 30 $0.65 | 19.50 |
|  | COPIES | 210 $0.20 | 42.00 |
| 7/17/2019 | PACER | 18 $0.10 | 1.80 |
|  | POSTAGE | 29 $0.65 | 18.85 |

PATSY PIERSON (BRUINSMA)                                                                                                                  Page    8

|            |            |                                                  | Qty/Price    | Amount   |
|------------|------------|--------------------------------------------------|--------------|----------|
| 7/17/2019  | COPIES     |                                                  | 232<br>$0.20 | 46.40    |
| 10/14/2019 | COPIES     |                                                  | 30<br>$0.20  | 6.00     |
|            | POSTAGE    |                                                  | 30<br>$0.50  | 15.00    |
|            |            | Total additional charges                         |              | $192.96  |
|            |            | For professional services rendered               | 19.00        | $5,752.96|

User Summary

| Name              | Hours | Rate   | Amount    |
|-------------------|-------|--------|-----------|
| CODY H. KNIGHT    | 1.00  | 250.00 | $250.00   |
| STEVEN L. RAYMAN  | 18.00 | 295.00 | $5,310.00 |