# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

PATSY J. PIERSON,                       Case No.: 14-05033
                                                           Chapter 13 - Filed: 07/29/2014
      Debtor.                       Converted Ch. 7 - 10/06/2014

_____/ /

## ORDER FOR PAYMENT OF FINAL CHAPTER 7 FEES AND EXPENSES OF RAYMAN & KNIGHT, ATTORNEYS FOR THOMAS A. BRUINSMA, TRUSTEE

**PRESENT:  HONORABLE SCOTT W. DALES**
United States Bankruptcy Judge

**THIS MATTER** having come to be heard upon the Notice to Creditors and Other Parties in Interest of Application for Professional Fees Pursuant to Rule 2016-- and Notice of the Right to Object; said Notice having been noticed to all creditors and other parties in interest in the estate; and the Court having reviewed said Application; and the court having found that the fees and expenses thereof requested were necessary and reasonable; and the Court otherwise being fully advised in the premises;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the fees and expenses of Rayman & Knight, in the amount of $5,752.96 (fees $5,560.00, expenses $192.96) **SHALL BE AND HEREBY ARE** approved pursuant to 11 U.S.C. §330.

**IT IS FURTHER ORDERED AND ADJUDGED** that the fees and expenses of Rayman & Knight in the amount of $5,752.96 (fees $5,560.00, expenses $192.96) are authorized to be paid by the Trustee.

This Document Prepared By:
**RAYMAN & KNIGHT**
141 E. Michigan Avenue, Suite 301
Kalamazoo, MI  49007
Telephone:  (269) 345-5156

**END OF ORDER**