UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: PIERSON, PATSY J.  §  Case No. 14-05033
 §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS A. BRUINSMA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

One Division Ave., N.
Room 200
Grand Rapids, MI 49503

Date Mailed: 01/20/2020        By: /s/THOMAS A. BRUINSMA
                                    Trustee

THOMAS A. BRUINSMA
6812 OLD 28th ST S.E.
SUITE E
GRAND RAPIDS, MI  49546
(616) 975-2010

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: PIERSON, PATSY J.    § Case No. 14-05033
    §
    §
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 100,000.00 |
| *and approved disbursements of* | $ 84,563.18 |
| *leaving a balance on hand of* [1] | $ 15,436.82 |
| **Balance on hand:** | $ 15,436.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 -1 | CREDIT UNION ONE | 10,421.93 | 0.00 | 0.00 | 0.00 |
| 2 -1 | HARLEY-DAVIDSON CREDIT CORP. | 20,596.27 | 0.00 | 0.00 | 0.00 |
| 4 -1 | U.S. BANK NATIONAL ASSOCIATION | 80,798.77 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,436.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS A. BRUINSMA | 6,670.75 | 0.00 | 6,670.75 |
| Trustee, Expenses - THOMAS A. BRUINSMA | 125.94 | 0.00 | 125.94 |
| Attorney for Trustee, Fees - RAYMAN & KNIGHT | 5,560.00 | 5,560.00 | 0.00 |
| Attorney for Trustee, Expenses - RAYMAN & KNIGHT | 192.96 | 192.96 | 0.00 |
| Other Fees: KIRKENDALL DWYER LLP/LAMINACK, PIRTLE & MARTINES | 38,000.00 | 38,000.00 | 0.00 |
| Other Expenses: IRKENDALL DWYER | 1,183.17 | 1,183.17 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| LLP/LAMINACK, PIRTLE & MARTINES | | | |
|---|---|---|---|

| | Total to be paid for chapter 7 administration expenses: | $ | 6,796.69 |
| | Remaining balance: | $ | 8,640.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor Fees - STARIHA LAW OFFICES, P.C. | 1,029.38 | 0.00 | 1,029.38 |

| | Total to be paid for prior chapter administrative expenses: | $ | 1,029.38 |
| | Remaining balance: | $ | 7,610.75 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 7,610.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,016.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 -2 | CHIEF FINANCIAL CREDIT UNION | 7,016.42 | 0.00 | 7,016.42 |

| | Total to be paid for timely general unsecured claims: | $ | 7,016.42 |
| | Remaining balance: | $ | 594.33 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 21,202.61 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 -1 | FEDERAL HOME LOAN MORTGAGE CORPORATION | 21,202.61 | 0.00 | 594.33 |

|   | Total to be paid for tardy general unsecured claims: | $ 594.33 |
|---|---|---|
|   | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|   | Remaining balance: | $ 0.00 |

Prepared By: /s/THOMAS A. BRUINSMA
Trustee

THOMAS A. BRUINSMA
6812 OLD 28th ST S.E.
SUITE E
GRAND RAPIDS, MI  49546
(616) 975-2010

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**